**STATE of Vermont v. Cynthia PAYA**

[617 A.2d 165]

No. 91-610

October 16, 1992. The presumption set forth in 23 V.S.A. § 1205(m) does not violate the due process clause of the Fifth and Fourteenth amendments to the United States Constitution because it is rebuttable, rather than irrebutt-

able, and because there is a rational connection between the fact proved and the ultimate fact presumed. *State v. Pluta,* 157 Vt. 451, 455, 600 A.2d 291, 293 (1991).

Defendant's evidence at trial showed only that the presumption was theoretically rebuttable, not that it was rebutted in this case, *id.,* or that it was irrational.

*Affirmed.*